Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DENISE ALSANDOR-WILEY, | Case No. 4:17-cv-03679-MMC |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Judge: Hon. Maxine M. Chesney |
| Defendant. | Complaint Filed: June 27, 2017 |

IT IS HEREBY STIPULATED by and through Plaintiff DENISE ALSANDOR-WILEY and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

159005.1

1

Case No. 4:17-cv-03679-MM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER
THEREON

SO STIPULATED:

Dated: October 18, 2017	P. Randall Noah
	Law Offices of P. Randall Noah


	By:	*/s/ P. Randall Noah*
		P. Randall Noah
		Attorneys for Plaintiff
		DENISE ALSANDOR-WILEY


Dated: October 18, 2017	Anna Maria Martin
	Grant Ingram
	MESERVE, MUMPER & HUGHES LLP


	By:	*/s/ Anna Maria Martin*
		Anna Maria Martin
		Attorneys for Defendant
		UNUM LIFE INSURANCE
		COMPANY OF AMERICA


# **O R D E R**

IT IS HEREBY ORDERED that this action, Case No. 4:17-cv-03679-MMC, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: October 23, 2017	_____
	The Honorable Maxine M. Chesney
	United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

159005.1

2

Case No. 4:17-cv-03679-MM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER
THEREON